IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| THOMAS STEVENSON, *et al* | : | NO. 09-3034 |

## ORDER

**AND NOW**, this 15th day of June, 2010, upon consideration of the United States' Motion for Summary Judgment (Document No. 25), and the defendants' response, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The motion is **GRANTED** as to count I of the complaint;

2. In all other respects, the motion is **DENIED**;

3. Final judgment will be entered upon conclusion of the trial on count II of the complaint.

          /s/ Timothy J. Savage
          TIMOTHY J. SAVAGE, J.